**Motion Granted; Dismissed and Memorandum Opinion filed January 30, 2014.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00041-CV

### DAVID H. DORSEY AND GERALDINE DORSEY, Appellants

### V.

### STATE FARM LLOYDS, Appellee

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2012-28661**

# M E M O R A N D U M   O P I N I O N

This is an appeal from a summary judgment signed October 14, 2013. On January 17, 2014, appellants filed an agreed motion to dismiss the appeal because the parties have reached a settlement agreement, rendering the appeal moot. See Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.